1
2
3
4 # UNITED STATES DISTRICT COURT
5 ### EASTERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| 7 JUSTIN MARCUS ZINMAN, | Case No.  1:25-cv-00620-BAM (PC) |
| 8 Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY |
| 9 v. | FILING FEE WITHIN 30 DAYS |
| 10 VIDEO AVSS/BWC IN FORM OF 33422, *et al.*, | **THIRTY (30) DAY DEADLINE** |
| 11 Defendants. | |
| 12 | |

13      Plaintiff Justin Marcus Zinman ("Plaintiff") is a state prisoner proceeding *pro se* in this

14 civil rights action under 42 U.S.C. § 1983.  This case was initiated on May 27, 2025.  (ECF No.

15 1.)  Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in forma*

16 *pauperis* pursuant to 28 U.S.C. § 1915.

17      Accordingly, IT IS HEREBY ORDERED that:

18      Within **thirty (30) days** of the date of service of this order, Plaintiff shall submit the

19 attached application to proceed *in forma pauperis*, completed and signed, with a certified copy of

20 his inmate trust account statement, or in the alternative, pay the $405.00 filing fee for this action.

21 **No requests for extension will be granted without a showing of good cause.  Failure to**

22 **comply with this order will result in dismissal of this action.**

23

24 IT IS SO ORDERED.

25   Dated:   **May 27, 2025**            /s/ *Barbara A. McAuliffe*
26                                        UNITED STATES MAGISTRATE JUDGE

27

28

1