# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MARCUS ZINMAN,<br><br>       Plaintiff,<br><br>   v.<br><br>VIDEO AVSS/BWC IN FORM OF 33422, *et al.*,<br><br>       Defendants. | Case No.  1:25-cv-00620-KES-BAM (PC)<br><br>ORDER<br><br>Doc. 9 |

Plaintiff Justin Marcus Zinman is a sate prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Pending before the Court are plaintiff's motions for an injunction and to amend the complaint (Docs. 5, 11), findings and recommendations to deny plaintiff's motion for an injunction (Doc. 7), and separate findings and recommendations to dismiss this action for failure to obey a court order and failure to prosecute (Doc. 9).

On May 27, 2025, the assigned magistrate judge issued an order directing plaintiff to submit a completed application to proceed in forma pauperis or pay the $405.00 filing fee within thirty days to proceed with this action.  Doc. 4.  Plaintiff was warned that failure to comply with that order would result in the dismissal of this action.  *Id*. at 1.  The deadline expired, and plaintiff failed to comply with the Court's May 27, 2025 order; he has not otherwise communicated with

1  the Court regarding payment of the filing fee or submission of an application to proceed in forma
2  pauperis.  *See* docket.

3        Thereafter, on July 15, 2025, the magistrate judge issued findings and recommendations
4  recommending that this action be dismissed, without prejudice, due to plaintiff's failure to obey a
5  court order and failure to prosecute this action.  Doc. 9.  The findings and recommendations were
6  served on plaintiff and contained notice that any objections thereto were to be filed within
7  fourteen days after service.  *Id.* at 3.  Plaintiff did not file objections to those findings and
8  recommendations and the time in which to do so has passed.  *See* docket.  On September 2, 2025,
9  plaintiff filed a motion to amend the complaint.  Doc. 11.  That motion does not address
10 plaintiff's failure to submit a completed application to proceed in forma pauperis or to pay the
11 $405.00 filing fee as ordered.  Nor does it address the findings and recommendations issued on
12 July 15, 2025.

13       As noted above, plaintiff filed a motion for an injunction on June 20, 2025.  Doc. 5.  On
14 June 26, 2025, the magistrate judge issued findings and recommendations recommending that
15 plaintiff's motion for an injunction be denied.  Doc. 7.  The findings and recommendations were
16 served on plaintiff and contained notice that any objections thereto were to be filed within
17 fourteen days after service.  *Id.* at 4.  Plaintiff filed a declaration and supplement to his motion for
18 an injunction on June 26, 2025.  Doc. 8.  Plaintiff also filed objections to the findings and
19 recommendations on July 17, 2025.  Doc. 10.  Neither filing addresses plaintiff's failure to submit
20 a completed application to proceed in forma pauperis or pay the $405.00 filing fee as ordered.

21       In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de
22 novo review of this case.  Having carefully reviewed the file, the Court finds that the findings and
23 recommendations issued on July 15, 2025, to the extent they recommend dismissing this action
24 without prejudice for plaintiff's failure to obey a court order, are supported by the record and by
25 proper analysis.  Dismissal is also warranted due to plaintiff's failure to pay the filing fee.
26 Without such payment, this action cannot proceed.  *See* 28 U.S.C. § 1914(a); L.R. 121(c);
27 *Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995); *Saddozai v. Davis*, 35 F.4th 705, 709 (9th
28 Cir. 2022).  In light of the forgoing, the findings and recommendations issued on June 26, 2025,

1  Doc. 7, have been rendered moot.  Plaintiff's motion for an injunction, Doc. 5, and motion to
2  amend the complaint, Doc. 11, are likewise denied as moot.
3      Accordingly:
4      1.    The findings and recommendations issued on July 15, 2025, Doc. 9, are adopted;
5      2.    This action is dismissed, without prejudice, for failure to obey a court order and
6          failure to pay the filing fee;
7      3.    The findings and recommendations issued on June 26, 2025, Doc. 7, have been
8          rendered moot by this Order and the Clerk of the Court is directed to terminate
9          those findings and recommendations as no longer pending;
10     4.    Plaintiff's motion for an injunction, Doc. 5, and motion to amend the complaint,
11         Doc. 11, are denied as moot; and
12     5.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

    Dated:    September 12, 2025

UNITED STATES DISTRICT JUDGE

3